IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HARRY BOATNER, JR.,

        Plaintiff,                    15cv0595

                                     **ELECTRONICALLY FILED**

        v.

ROBERT SALEM, ET AL.,

        Defendants.

## <u>ORDER OF COURT RE: APPEAL OF MAGISTRATE JUDGE DECISION TO DISTRICT COURT (DOC. NO. 14)</u>

This case centers on alleged violations of the civil rights of *Pro Se* Plaintiff, who is presently incarcerated. Doc. No. 1. Within three weeks of filing his Complaint, Plaintiff moved United States Magistrate Judge Lenihan to order his immediate release from the Lawrence County Jail because he alleges he is being held illegally on an excessive bond. Doc. No. 8. Judge Lenihan issued a five-page Memorandum Order on June 3, 2015, wherein she set forth that Plaintiff had not demonstrated that the requested preliminary relief was warranted and, therefore, Plaintiff's Motion was denied. Doc. No. 9.

Presently before this Court is a fourteen-page document written by Plaintiff, in which he sets forth his challenge to Judge Lenihan's Order. Doc. No. 14. Defendants have responded to this Appeal of Magistrate Judge's Decision and wholly oppose Plaintiff's requested relief. Doc. No. 19. Defendants have also recently filed an Answer to Plaintiff's Complaint. Doc. No. 20. Based upon this Court's review of the entire record to date, including Judge Lenihan's Order and Plaintiff's Appeal of the same, the Court finds that the challenged Order should not be disturbed. Therefore, the following Order is entered:

AND NOW, this 16th day of July, 2015, IT IS HEREBY ORDERED THAT *Pro Se*

Plaintiff's Appeal of Magistrate Judge Decision to District Court (Doc. No. 14) is **DENIED**.


s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge


cc:     All Registered ECF Counsel and Parties

**HARRY BOATNER, JR.**
111 S. Milton Street
New Castle, PA 16101-3593